UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | MISC. NO. 3:05M73 |
| | ) | |
| | ) | |
| SEARCH WARRANT | ) | <u>ORDER SEALING SEARCH WARRANT</u> |
| | ) | <u>AFFIDAVIT AND APPLICATION</u> |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, until further order of this court, in order to protect the secrecy of the on-going criminal investigation in this matter

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 27th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE